UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

            v.                      Case No. 05-cv-241-PB

56 Hobbs Road, Pelham NH

## S E A L E D   O R D E R

I recuse myself from this case and direct that it be reassigned to another judge.

SO ORDERED.

December 5, 2005                     /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

cc:   Robert Rabuck, Esq.
       Charles Gallagher, Esq.